IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 3:17-cv-01381 |
| v. | ) JUDGE RICHARDSON |
| | ) |
| RAUL PEREGRINO, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff's Cross Motion for Partial Summary Judgment (Doc. No. 53) and Defendant's Motion for Summary Judgment (Doc. No. 56). Both parties have filed responses and replies. For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's Cross Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment are both **DENIED**.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE